IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBY ROBERTS,

    Plaintiff,

v.           4:09cv389-WS

SCHOOL BOARD OF LEON
COUNTY, FLORIDA,

    Defendant.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 51) docketed March 23, 2011.  The magistrate judge recommends that the defendant's motion for summary judgment be granted.  The plaintiff has filed objections to the report and recommendation, and the defendant has responded to those objections.

The court has considered the magistrate judge's report and recommendation in light of the plaintiff's objections.  Like the magistrate judge, the court finds that the plaintiff presented no evidence to suggest, much less prove, that his age played any role in the defendant's decision not to rehire him.  Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 51) is ADOPTED and incorporated by reference into this order.

    2.  The defendant's motion for summary judgment (doc. 35) is GRANTED.

3. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

4. Costs shall be taxed against Bobby Roberts.

DONE AND ORDERED this ___13th___ day of ___May___, 2011.

                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE